v. Isaac E. Smith, as President, and Others, as Trustees of the Village of St. Johnsville, etc., and Union Mills.— Determination confirmed, with fifty dollars costs and disbursements. All concurred, except Howard, J., dissenting.

Harmon G. Peters, Respondent, v. Samuel Graubart, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. John Markel, Appellant.—Judgment of conviction of County Court of Sullivan county affirmed. All concurred.

Cora Gaylord Ryon, as Administratrix, etc., of Henderson Gaylord, Deceased, Respondent, v. Hannah P. Gibson, Individually and as Executrix, etc., of Judson A. Gibson, Deceased, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., not voting.

Max Roth, Respondent, v. H. Jay Spencer and Luela H. Siver, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles W. Spencer, Respondent, v. Postal Telegraph-Cable Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Katharine Gertrude Spoor, Respondent, v. William Woolford, Appellant.— Judgment and order unanimously affirmed, with costs.

Fritz G. Schmidt, Respondent, v. Porter Screen Manufacturing Company, Appellant.— Judgment and order unanimously affirmed, with costs. Howard, J., not sitting.

Pasquale Valentino and Francesco Valentino, Respondents, v. Philip Schantz and Lorin Schantz, Appellants.— Judgment appealed from modified by striking out the provision for extra allowance and the words "or thing whatsoever" in the 5th provision of the judgment, and as modified affirmed, with costs. All concurred; Howard, J., not sitting.

Francis D. West, Appellant, v. The Delaware and Hudson Company and Others, Respondents. (No. 1.)— Interlocutory judgment affirmed, with costs, with usual leave to plaintiff to amend complaint on payment of costs in this court and at Special Term. All concurred.

Francis D. West, Appellant, v. The Delaware and Hudson Company and Others, Respondents. (No. 2.)— Interlocutory judgment affirmed, with costs, with usual leave to plaintiff to amend complaint on payment of costs in this court and at Special Term. All concurred.

Stephen Whitbeck, Respondent, v. William H. Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Orren B. La Pelle, Appellant, v. Benedict Lahey, Town Clerk, Town of Long Lake, Hamilton County, N. Y., Respondent.— Order affirmed, with costs, upon the opinion of Smith, P. J., in case of *People ex rel. Fluckiger* v. *Huftalen*, decided herewith (*ante*, p. 44). All concurred.